IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cr-16 |
| | ) | |
| v. | ) | |
| | ) | |
| KRISHAN KUMAR AGGARWAL and | ) | |
| CHERIAN JOHN, | ) | |
| Defendants. | ) | |

**<u>DEFENDANT CHERIAN JOHN'S PROPOSED VOIR DIRE</u>**

Now comes Defendant Cherian John, by and through undersigned counsel Christopher J. Gagin, Esq. and Stephen S. Stallings, Esq., and proposes the following voir dire in anticipation of trial in this matter:

1. Have you, or any member of your family or any close friend ever been treated for drug addiction?

2. Have you or someone you know ever taken Suboxone or some other form of drug addiction medication?

3. Has drug addiction touched your life in a personal way? If so, please describe.

4. Have you ever had any negative experiences with healthcare providers, such as doctors, hospitals, or clinics? If so, please describe.

5. Do you work for a pharmaceutical company or manufacturer, or otherwise in the healthcare industry?

6. Have you, or any member of your family or any close friend ever been treated at Weirton Medical Center?

7. Have you, or any member of your family or any close friend ever been treated by Dr. John?

8. Do you have strong beliefs, whether favorable or unfavorable, concerning lawfully prescribed controlled substances?

9. Do you have strong beliefs, whether favorable or unfavorable, concerning medical treatment for drug addictions?

10. Do you believe that if the government files charges against someone there must be something to those charges?

11. Do you hold any beliefs or feelings about people of Indian or South Asian descent that would impact your ability to fairly consider the evidence or otherwise give defendant the full presumption of innocence?

Respectfully submitted,

*/s/ Stephen S. Stallings*
Stephen S. Stallings, Esq.
Pa. ID #205131
attorney@stevestallingslaw.com
310 Grant Street, Suite 3600
Pittsburgh, PA 15219
Tel.: (412) 322-7777
Fax: (412) 322-7773

*/s/ Christopher J. Gagin*
Christopher J. Gagin, Esq.
WV ID # 13200
McCamic, Sacco & McCoid, PLLC
chris@mspmlaw.com
56 Fourteenth Street
P.O. Box 151
Wheeling, WV 26003
Tel.: (304) 232-6750
Fax: (304) 232-3548

*Attorneys for Cherian John*