UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                            Criminal No. 5:18CR16

KRISHAN KUMAR AGGARWAL and
CHERIAN JOHN,

        Defendants.

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

The United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Andrew R. Cogar and Sarah E. Wagner, Assistant United States Attorneys, submits the following proposed voir dire questions in anticipation of the trial in this matter on June 3, 2019:

- Do you, or does anyone in your family, have medical training or a medical background?

- Have you ever been employed or involved in any way with the pharmaceutical industry?

- Have you ever worked in any drug treatment center?

- Have you ever been authorized to prescribe controlled substances?

- Have you or anyone in your family obtained or used suboxone or methadone?

- Is there anything about your experience with doctors or the medical profession you think the prosecution and defense ought to know?

Respectfully submitted,

WILLIAM J. POWELL
United States Attorney

By:    /s/ Andrew R. Cogar
       Andrew R. Cogar
       Assistant United States Attorney
       United States' Attorney's Office

## **CERTIFICATE OF SERVICE**

I, Andrew R. Cogar, certify that on May 20, 2019, I electronically filed the foregoing **UNITED STATES' PROPOSED VOIR DIRE QUESTIONS** with the Clerk using the CM/ECF system, which will send notification of such filing to Michael E. Nogay, Esq., and Ronald W. Chapman II, Esq., counsel for defendant Krishan Kumar Aggarwal, and Christopher J. Gagin, Esq., and Stephen S. Stallings, Esq., counsel for defendant Cherian John.

 /s/ Andrew R. Cogar
Andrew R. Cogar
Assistant United States Attorney
United States Attorney's Office
320 W. Pike Street, Suite 300
Clarksburg, WV 26301-2710
Phone number - (304) 623-7030
Facsimile number - (304) 623-7031